UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ROBERT B. McGHEE,                    )
                                     )    No.  CV-10-285-JPH
                 Plaintiff,          )
                                     )    ORDER GRANTING STIPULATED
v.                                   )    MOTION FOR REMAND
                                     )
MICHAEL J. ASTRUE,                   )    (ECF No. 18)
Commissioner of Social               )
Security,                            )
                                     )
                 Defendant.          )

    BEFORE THE COURT is the parties' stipulated motion to remand
this case to the Commissioner for further administrative
proceedings (**ECF No. 18**) pursuant to sentence four. Maureen J.
Rosette represents plaintiff. Special Assistant United States
Attorney Daphne Banay represents defendant. The parties have
consented to proceed before a magistrate judge (ECF No. 7).

    After considering the stipulated motion (ECF No. 18),
**IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and
REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for
further administrative proceedings, including:

    1. The ALJ will conduct further proceedings to obtain all of
Dr. Margraf's treatment records.

    2. The ALJ will further consider plaintiff's subjective
complaints.

    3. The ALJ will re-evaluate plaintiff's residual functional

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1  capacity.

2      4. The ALJ will obtain supplemental vocational expert

3  testimony at step five analysis of the sequential evaluation.

4      Because this remand is pursuant to sentence four with a

5  remand to the Commissioner for further proceedings (*see Melkonyan*

6  *v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to

7  reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412

8  (a), (d), upon proper request to this Court.

9  IT IS FURTHER ORDERED:

10      1. The parties' stipulated motion for an order of remand

11  pursuant to sentence four (ECF No. 18) is **GRANTED.**

12      2. Judgment shall be entered for **PLAINTIFF.**

13      3. An application for attorney fees and costs may be filed by

14  separate motion.

15      4. The District Court Executive is directed to enter this

16  Order, enter judgment for plaintiff, forward copies to counsel,

17  and **CLOSE** the file.

18      **IT IS SO ORDERED.**

19      **DATED** this 12th day of August, 2011.

20

21                                *s/James P. Hutton*

                                  JAMES P. HUTTON

22                 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2