# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

ROBERT B. MCGHEE,                    )
                                     )
              Plaintiff,             )
                                     )          NO.  CV-10-0285-JPH
       vs.                           )
                                     )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                   )          **CIVIL CASE**
Commissioner of Social Security,     )
                                     )
              Defendant.             )
                                     )
_____     )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 12 day of August, 2011.

                              JAMES R. LARSEN
                              District Court Executive/Clerk


                              by:   __s/Pamela A. Howard___
                                         Deputy Clerk

cc: all counsel